159 So. 895

**STATE v. George PORTER.**
**6 Div. 704.**

Court of Appeals of Alabama.
Dec. 19, 1934.

Thos. E. Knight, Jr., Atty. Gen., and George Ross, of Bessemer, for the State.

Robert F. Proctor, John L. Busby, and John W. Carlton, all of Birmingham, for appellee.

SAMFORD, Judge.
Affirmed.

155 So. 923

**STATE v. Pearce THORNTON.**
**7 Div. 4.**

Court of Appeals of Alabama.
June 5, 1934.

SAMFORD, Judge.
Appeal dismissed.

160 So. 925

**STATE ex rel. Joseph H. CABLER v. BOARD OF REVENUE & ROAD COMMISSIONERS OF MOBILE COUNTY et al.**
**I Div. 162.**

Court of Appeals of Alabama.
April 16, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

152 So. 925

**Thomas STEELE v. STATE.**
**8 Div. 894.**

Court of Appeals of Alabama.
Jan. 30, 1934.

RICE, Judge.
Affirmed.

161 So. 921

**Duncan STEWART v. STATE.**
**8 Div. 150.**

Court of Appeals of Alabama.
May 21, 1935.

See, also, 153 So. 296.

RICE, Judge.
Appeal dismissed.

151 So. 927

**Leon STEWART v. STATE.**
**5 Div. 921.**

Court of Appeals of Alabama.
Nov. 28, 1933.

RICE, Judge.
Affirmed.

157 So. 923

**Ross STILL v. STATE.**
**5 Div. 951.**

Court of Appeals of Alabama.
Nov. 27, 1934.

RICE, Judge.
Appeal dismissed.